1   Brett L. Dunkelman, Bar No, 006740
    Eric M. Fraser, Bar No. 027241
2   OSBORN MALEDON, P.A.
    2929 North Central Avenue, Suite 2100
3   Phoenix, Arizona 85012-2793
    (602) 640-9000
4   bdunkelman@omlaw.com
    efraser@omlaw.com
5
    Denise W. DeFranco (*pro hac vice* forthcoming)
6   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
7   Two Seaport Lane
    Boston, MA 02210
8   Telephone: (617) 646-1600
    Facsimile: (617) 646-1666
9   denise.defranco@finnegan.com

10  C. Brandon Rash (*pro hac vice* forthcoming)
    FINNEGAN, HENDERSON, FARABOW,
11    GARRETT & DUNNER, LLP
    901 New York Avenue, NW
12  Washington, DC 20001
    Telephone: (202) 408-4000
13  Facsimile: (202) 408-4400
    brandon.rash@finnegan.com
14
    Attorneys for Plaintiffs Koninklijke Philips N.V. and
15  Philips Lighting North America Corporation

16

17              IN THE UNITED STATES DISTRICT COURT

18                  FOR THE DISTRICT OF ARIZONA

19  Koninklijke Philips N.V. and          )   Case No. CV 14-02591-PHX-NVW
    Philips Lighting North America        )
20  Corporation,                          )
                                          )   **AMENDED COMPLAINT**
21              Plaintiffs,               )
                                          )
22  v.                                    )
                                          )
23  JST Performance, Inc., d/b/a          )
    Rigid Industries,                     )
24                                        )
                Defendant.                )
25  _____   )

26        Plaintiffs Koninklijke Philips N.V. ("KPNV") and Philips Lighting North

27  America Corporation ("PLNA" and, together with KPNV, collectively, "Philips") bring

28

1    this complaint for patent infringement against Defendant JST Performance, Inc. d/b/a

2    Rigid Industries ("Rigid").

3                                    **NATURE OF THE ACTION**

4          1.      This is an action for patent infringement under 35 U.S.C. § 271, *et seq.*,

5    by Philips against Rigid for infringement of United States Patent Nos. 6,250,774 ("the

6    '774 patent"), 6,561,690 ("the '690 patent"), 6,586,890 ("the '890 patent"), 6,692,136

7    ("the '136 patent"), 6,788,011 ("the '011 patent"), 6,806,659 ("the '659 patent"),

8    6,967,448 ("the '448 patent"), 7,030,572 ("the '572 patent"), 7,262,559 ("the '559

9    patent"), 7,348,604 ("the '604 patent"), and 7,566,155 ("the '155 patent") (collectively,

10   the "patents-in-suit").

11                                        **THE PARTIES**

12         2.      Plaintiff Koninklijke Philips N.V. , formerly known as Koninklijke Philips

13   Electronics N.V., is a corporation organized and existing under the laws of the

14   Netherlands, with a principal place of business at Breitner Center, Amstelplein 2, 1096

15   BC Amsterdam, The Netherlands.

16         3.      Plaintiff Philips Lighting North America Corporation is a corporation

17   organized and existing under the laws of Delaware, with a principal place of business at

18   200 Franklin Square Drive, Somerset, NJ 08873.

19         4.      Upon information and belief, Defendant JST Performance, Inc. d/b/a

20   Rigid Industries is a corporation organized and existing under the laws of Arizona, with

21   a principal place of business at 779 N Colorado St., Gilbert, Arizona 85233.

22                                **JURISDICTION AND VENUE**

23         5.      This Court has subject matter jurisdiction over this action pursuant to

24   28 U.S.C. §§ 1331 and 1338.

25         6.      Upon information and belief, Rigid has made, used, provided, sold,

26   offered to sell, imported, or distributed to others for such purposes, lighting products

27   and systems employing light-emitting diodes ("LEDs") for illumination ("LED Lighting

28   Devices") throughout the United States, including Arizona and this judicial district.

1       7.    Upon information and belief, Rigid maintains or has maintained

2   continuous and systematic contacts with Arizona and this judicial district and has

3   committed tortious activity within the district.

4       8.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c)

5   and/or 1400(b) because, *inter alia*, Rigid is subject to personal jurisdiction in this

6   district.

7   **FACTUAL BACKGROUND**

8       9.    Upon information and belief, Rigid's LED Lighting Devices include,

9   without limitation, products in the A-Series, D-Series, E-Series, SR-Series, SR-M, SR-

10  Q, RDS-Series, Q-Series, and Wake Flame product lines, and LED products that Rigid

11  manufactures as a private label original equipment manufacturer for other lighting

12  company customers.  Rigid's LED Lighting Devices include, without limitation, dome

13  lights, deck lights, driving lights, fog lights, light bars, spotlights, floodlights, diffused

14  lights, and marine lighting products.

15  **COUNT I: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,250,774**

16      10.    Philips incorporates by reference paragraphs 1-9 as if fully set forth

17  herein.

18      11.    On June 26, 2001, the United States Patent & Trademark Office ("Patent

19  Office") duly and legally issued the '774 patent, entitled "Luminaire," to Simon H. A.

20  Begemann et al.  Plaintiff KPNV is the assignee and owner of the '774 patent.

21      12.    A true and correct copy of the '774 patent is attached hereto as **Exhibit 1**.

22      13.    Upon information and belief, Rigid is engaged in activities that infringe

23  the '774 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or

24  importing LED Lighting Devices, including without limitation its E-Series light bars, D-

25  Series lights, and SR-M lights, in the United States.

26      14.    Philips provided notice of the '774 patent to Rigid on or before

27  February 12, 2013.

28

15.     Upon information and belief, Rigid's infringement is deliberate, willful, and in reckless disregard of Philips' patent rights.

16.     Philips has been and continues to be injured by the infringing activities of Rigid.

**COUNT II: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,561,690**

17.     Philips incorporates by reference paragraphs 1-9 as if fully set forth herein.

18.     On May 13, 2003, the Patent Office duly and legally issued the '690 patent, entitled "Luminaire Based on the Light Emission of Light-Emitting Diodes," to Christophe Balestriero et al.  Plaintiff KPNV is the assignee and owner of the '690 patent.

19.     A true and correct copy of the '690 patent is attached hereto as **Exhibit 2**.

20.     Upon information and belief, Rigid is engaged in activities that infringe the '690 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its E-Series light bars, D-Series lights, and SR-M lights, in the United States.

21.     Philips provided notice of the '690 patent to Rigid on or before March 6, 2013.

22.     Upon information and belief, Rigid's infringement is deliberate, willful, and in reckless disregard of Philips' patent rights.

23.     Philips has been and continues to be injured by the infringing activities of Rigid.

**COUNT III: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,586,890**

24.     Philips incorporates by reference paragraphs 1-9 as if fully set forth herein.

25.     On July 1, 2003, the Patent Office duly and legally issued the '890 patent, entitled "LED Driver Circuit with PWM Output," to Young-Kee Min et al.  Plaintiff KPNV is the assignee and owner of the '890 patent.

26. A true and correct copy of the '890 patent is attached hereto as **Exhibit 3**.

27. Upon information and belief, Rigid is engaged in activities that infringe the '890 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its E-Series light bars, D-Series lights, and SR-M lights, in the United States.

28. Philips provided notice of the '890 patent to Rigid on or before February 12, 2013.

29. Upon information and belief, Rigid's infringement is deliberate, willful, and in reckless disregard of Philips' patent rights.

30. Philips has been and continues to be injured by the infringing activities of Rigid.

## COUNT IV: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,692,136

31. Philips incorporates by reference paragraphs 1-9 as if fully set forth herein.

32. On February 17, 2004, the Patent Office duly and legally issued the '136 patent, entitled "LED/Phosphor-LED Hybrid Lighting Systems," to Thomas M. Marshall et al. Plaintiff KPNV is the assignee and owner of the '136 patent.

33. A true and correct copy of the '136 patent is attached hereto as **Exhibit 4**.

34. Upon information and belief, Rigid is engaged in activities that infringe the '136 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its SR-Q RGBW and Wake Flame RGBW products, in the United States.

35. Philips provided notice of the '136 patent to Rigid on or before March 6, 2013.

36. Upon information and belief, Rigid's infringement is deliberate, willful, and in reckless disregard of Philips' patent rights.

37. Philips has been and continues to be injured by the infringing activities of Rigid.

1

## COUNT V: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,788,011

2       38.     Philips incorporates by reference paragraphs 1-9 as if fully set forth

3   herein.

4       39.     On September 7, 2004, the Patent Office duly and legally issued the '011

5   patent, entitled "Multicolored LED Lighting Method and Apparatus," to George G.

6   Mueller et al.  Plaintiff PLNA is the assignee and owner of the '011 patent.

7       40.     A true and correct copy of the '011 patent is attached hereto as **Exhibit 5**.

8       41.     Upon information and belief, Rigid is engaged in activities that infringe

9   the '011 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or

10  importing LED Lighting Devices, including without limitation its SR-Q RGBW and

11  Wake Flame RGBW products, in the United States.

12      42.     Philips provided notice of the '011 patent to Rigid on or before

13  March 6, 2013.

14      43.     Upon information and belief, Rigid's infringement is deliberate, willful,

15  and in reckless disregard of Philips' patent rights.

16      44.     Philips has been and continues to be injured by the infringing activities of

17  Rigid.

18  ## COUNT VI: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,806,659

19      45.     Philips incorporates by reference paragraphs 1-9 as if fully set forth

20  herein.

21      46.     On October 19, 2004, the Patent Office duly and legally issued the '659

22  patent, entitled "Multicolored LED Lighting Method and Apparatus," to George G.

23  Mueller et al.  Plaintiff PLNA is the assignee and owner of the '659 patent.

24      47.     A true and correct copy of the '659 patent is attached hereto as **Exhibit 6**.

25      48.     Upon information and belief, Rigid is engaged in activities that infringe

26  the '659 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or

27  importing LED Lighting Devices, including without limitation its SR-Q RGBW and

28  Wake Flame RGBW products, in the United States.

5813645                                    6

49.     Philips provided notice of the '659 patent to Rigid on or before March 6, 2013.

50.     Upon information and belief, Rigid's infringement is deliberate, willful, and in reckless disregard of Philips' patent rights.

51.     Philips has been and continues to be injured by the infringing activities of Rigid.

**COUNT VII: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,967,448**

52.     Philips incorporates by reference paragraphs 1-9 as if fully set forth herein.

53.     On November 22, 2005, the Patent Office duly and legally issued the '448 patent, entitled "Methods and Apparatus for Controlling Illumination," to Frederick M. Morgan et al.  Plaintiff PLNA is the assignee and owner of the '448 patent.

54.     A true and correct copy of the '448 patent is attached hereto as **Exhibit 7**.

55.     Upon information and belief, Rigid is engaged in activities that infringe the '448 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its SR-Q RGBW and Wake Flame RGBW products, in the United States.

56.     Philips provided notice of the '448 patent to Rigid on or before March 6, 2013.

57.     Upon information and belief, Rigid's infringement is deliberate, willful, and in reckless disregard of Philips' patent rights.

58.     Philips has been and continues to be injured by the infringing activities of Rigid.

**COUNT VIII: PATENT INFRINGEMENT OF U.S. PATENT NO. 7,030,572**

59.     Philips incorporates by reference paragraphs 1-9 as if fully set forth herein.

60.     On April 18, 2006, the Patent Office duly and legally issued the '572 patent, entitled "Lighting Arrangement," to Engbert Bernard Gerard Nijhof et al. Plaintiff KPNV is the assignee and owner of the '572 patent.

61.     A true and correct copy of the '572 patent is attached hereto as **Exhibit 8**.

62.     Upon information and belief, Rigid is engaged in activities that infringe the '572 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its E-Series light bars, D-Series lights, and SR-M lights, in the United States.

63.     Upon information and belief, Rigid is aware of the '572 patent, at least as of the filing of this Complaint.

64.     Philips has been and continues to be injured by the infringing activities of Rigid.

## COUNT IX: PATENT INFRINGEMENT OF U.S. PATENT NO. 7,262,559

65.     Philips incorporates by reference paragraphs 1-9 as if fully set forth herein.

66.     On August 28, 2007, the Patent Office duly and legally issued the '559 patent, entitled "LEDS Driver," to Ajay Tripathi et al.  Plaintiff KPNV is the assignee and owner of the '559 patent.

67.     A true and correct copy of the '559 patent is attached hereto as **Exhibit 9**.

68.     Upon information and belief, Rigid is engaged in activities that infringe the '559 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its E-Series light bars, D-Series lights, and SR-M lights, in the United States.

69.     Philips provided notice of the '559 patent to Rigid on or before February 12, 2013.

70.     Upon information and belief, Rigid's infringement is deliberate, willful, and in reckless disregard of Philips' patent rights.

71.     Philips has been and continues to be injured by the infringing activities of Rigid.

**COUNT X: PATENT INFRINGEMENT OF U.S. PATENT NO. 7,348,604**

72.     Philips incorporates by reference paragraphs 1-9 as if fully set forth herein.

73.     On March 25, 2008, the Patent Office duly and legally issued the '604 patent, entitled "Light-Emitting Module," to George E. Matheson.  Plaintiff KPNV is the assignee and owner of the '604 patent.

74.     A true and correct copy of the '604 patent is attached hereto as **Exhibit 10**.

75.     Upon information and belief, Rigid is engaged in activities that infringe the '604 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its E-Series light bars, D-Series lights, and SR-M lights, in the United States.

76.     Upon information and belief, Rigid is aware of the '604 patent, at least as of the filing of this Complaint.

77.     Philips has been and continues to be injured by the infringing activities of Rigid.

**COUNT XI: PATENT INFRINGEMENT OF U.S. PATENT NO. 7,566,155**

78.     Philips incorporates by reference paragraphs 1-9 as if fully set forth herein.

79.     On July 28, 2009, the Patent Office duly and legally issued the '155 patent, entitled "LED Light System," to Josef Andreas Schug et al.  Plaintiff KPNV is the assignee and owner of the '155 patent.

80.     A true and correct copy of the '155 patent is attached hereto as **Exhibit 11**.

81.     Upon information and belief, Rigid is engaged in activities that infringe the '155 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or

importing LED Lighting Devices, including without limitation its E-Series Diffused light bars, D-Series Diffused lights, and SR-M Diffused lights, in the United States.

82.    Upon information and belief, Rigid is aware of the '155 patent, at least as of the filing of this Complaint.

83.    Philips has been and continues to be injured by the infringing activities of Rigid.

## PRAYER FOR RELIEF

WHEREFORE, Philips respectfully requests the following relief:

(a) a declaration that Rigid infringes the patents-in-suit and a final judgment incorporating same;

(b) entry of preliminary and/or permanent equitable relief, including but not limited to a preliminary and/or permanent injunction that enjoins Rigid and any of its officers, agents, employees, assigns, representatives, privies, successors, and those acting in concert or participation with them from infringing and/or inducing infringement of the patents-in-suit;

(c) an award of damages sufficient to compensate Philips for infringement of the patents-in-suit by Rigid, together with prejudgment and post-judgment interest;

(d) a declaration or order finding that Rigid's infringement is willful and/or an order increasing damages under 35 U.S.C. § 284;

(e) a judgment holding that this is an exceptional case under 35 U.S.C. § 285 and awarding Philips its reasonable attorneys' fees, costs, and expenses; and

(f) such other relief deemed just and proper.

## JURY DEMAND

Under Rule 38 of the Federal Rules of Civil Procedure, Philips hereby demands trial by jury of all issues so triable by a jury in this action.

Filed this 11th day of December, 2014

                                 OSBORN MALEDON, P.A.


                                 s/Brett L. Dunkelman
                                 Brett L. Dunkelman
                                 Eric M. Fraser
                                 2929 N. Central Avenue, Suite 2100
                                 Phoenix, Arizona  85012-2793

                                 FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER LLP
                                 Denise W. DeFranco
                                 Two Seaport Lane
                                 Boston, MA 02210
                                       and
                                 C. Brandon Rash
                                 FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER LLP
                                 901 New York Avenue NW
                                 Washington, DC 20001

                                 Counsel for Plaintiffs
                                 Koninklijke Philips N.V. and
                                 Philips Lighting North America Corporation


                        CERTIFICATE OF SERVICE

     I hereby certify that on December 11, 2014, the attached document was

electronically transmitted to the Clerk of the Court using the CM/ECF System which

will send notification of such filing and transmittal of a Notice of Electronic Filing to all

CM/ECF registrants.


s/Susanne Wedemeyer