Brett L. Dunkelman, No. 006740
Eric M. Fraser, No. 027241
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona  85012-2793
(602) 640-9000
bdunkelman@omlaw.com
efraser@omlaw.com

Denise W. DeFranco (*Pro Hac Vice*)
denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210
(617) 646-1600
denise.defranco@finnegan.com

C. Brandon Rash (*Pro Hac Vice*)
brandon.rash@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000
brandon.rash@finnegan.com

Counsel for Plaintiffs-Counterdefendants
Koninklijke Philips N.V. and
Philips Lighting North America Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Koninklijke Philips N.V. and Philips Lighting North America Corporation. | No. 2:14-cv-02591-PHX-NVW |
| Plaintiffs-Counterdefendants, | |
| vs. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| JST Performance, Inc., d/b/a Rigid Industries, | |
| Defendant-Counterclaimant. | |

Pursuant to Fed.R.Civ.P. 41(a) (1)(A)(ii), Plaintiffs Koninklijke Philips N.V. and Philips Lighting North America Corporation, and Defendant JST Performance, Inc. d/b/a Rigid Industries hereby stipulate that this lawsuit be dismissed WITHOUT PREJUDICE. Each party to bear its own attorneys' fees and costs.

Dated: January 29, 2015

          OSBORN MALEDON, P.A.

          By: s/Brett L. Dunkelman
              Brett L. Dunkelman
              Eric M. Fraser
              2929 N. Central Ave, Ste 2100
              Phoenix, Arizona 85012-2793

          FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

              Denise W. DeFranco (*Pro Hac Vice*)
              Two Seaport Lane
              Boston, MA 02210

              C. Brandon Rash (*Pro Hac Vice*)
              901 New York Avenue, NW
              Washington, DC 20001

          Counsel for Plaintiffs-Counterdefendants
          Koninklijke Philips N.V. and
          Philips Lighting North America Corporation

**WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC**

**By:** s/Richard L. Schwartz(with permission)
Richard L. Schwartz
Texas Bar No. 17869500
rschwartz@whitakerchalk.com
Lead Counsel in Charge
(Pro Hac Vice)
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Phone: (817) 878-0500
Fax: (817) 878-0501

Michael T. Wallace
(AZ Bar No. 026139)
General Counsel
JST Performance, Inc.
d/b/a Rigid Industries
779 N. Colorado St.
Gilbert, Arizona 85233
(480) 655-0100
Fax: (480) 832-0606
mwallace@rigidindustries.com

Attorneys for Defendant
JST Performance, Inc. d/b/a Rigid Industrie**s**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2015, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/Susanne Wedemeyer