IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Koninklijke Philips N.V. and Philips Lighting North America Corporation. <br><br> Plaintiffs-Counterdefendants, <br><br> vs. <br><br> JST Performance, Inc., d/b/a Rigid Industries, <br><br> Defendant-Counterclaimant. | No. CV-14-02591-PHX-NVW <br><br> **ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal Without Prejudice (Doc. 77),

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 77) and dismissing this lawsuit without prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED denying as moot Plaintiffs' Motion to Strike Defendant's Fourth and Fifth Affirmative Defenses (Doc. 71)

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for February 4, 2015 at 1:30 p.m.

Dated this 29th day of January, 2015.

Neil V. Wake
United States District Judge